IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANDREW CODY KIMBREL**                                                                       **PLAINTIFF**
**#169536**

**V.**                               **Case No. 4:20-cv-01216-LPR**

**TIM RYLES, Sheriff, Faulkner County;**
**CHRISTOPHER REID MILLER, Captain,**
**Faulkner County; T. COLLINS, Sergeant,**
**Faulkner County; and JOHN RANDALL,**
**Jail Administrative, Faulkner County**                                                **DEFENDANTS**

## ORDER

On October 9, 2020, Andrew Kimbrel ("Plaintiff"), then a prisoner in the Faulkner County Detention Center, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983. (Doc. 2).

On November 10, 2020, the Court entered an Order in which it directed Plaintiff to file a notice of his current mailing address and, if he had been released, to either pay the filing fee or file an updated application to proceed *in forma pauperis*. (Doc. 7).  The Court warned Plaintiff that his failure to comply with the Order would cause his Complaint to be dismissed. (*Id.*).  Plaintiff has not complied with or otherwise responded to the November 10, 2020 Order, and the time for doing so has passed.[1]

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) and Rule 41(b) of the Federal Rules of Civil Procedure.  *See Link v. Wabash R.R. Co.,* 370 U.S. 626, 630-31 (1962) (district courts have power to dismiss *sua sponte* under Rule 41(b)).

---

[1] All recent mail sent by the Court to Plaintiff has been returned as undeliverable because he is no longer at the address on file with the Court. (Docs. 6, 8, 9, 10, 11). Under Local Rule 5.5(c)(2), it is Plaintiff's responsibility to promptly notify the Court of an address change. He has not done so.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ORDERED this 18th day of December, 2020.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE