# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ANDREW CODY KIMBREL**  **PLAINTIFF**
**#169536**

V.　　　　　　　　　　Case No. 4:20-cv-01216-LPR

**TIM RYLES, Sheriff, Faulkner County;**
**CHRISTOPHER REID MILLER, Captain,**
**Faulkner County; T. COLLINS, Sergeant,**
**Faulkner County; and JOHN RANDALL,**
**Jail Administrative, Faulkner County**　　**DEFENDANTS**

## JUDGMENT

Pursuant to the Order that was entered on December 18, 2020, it is considered, ordered, and adjudged that this case is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from the Order and Judgment dismissing this action would not be taken in good faith.

IT IS SO ADJUDGED this 18th day of December, 2020.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE